Brandon A. Block (State Bar No.: 215888)
Email: brandon@bblocklaw.com
LAW OFFICES OF BRANDON A. BLOCK
A PROFESSIONAL CORPORATION
433 North Camden Drive, Suite 600
Beverly Hills, CA 90210
Tel: 310.887.1440
Fax: 310.496.1420

Attorneys for Plaintiff
CARLOS ZAVALA



UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ZAVALA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ANNEX FINANCIAL, INC., a California corporation; ZEE LAW GROUP, A PROFESSIONAL CORPORATION, a California professional corporation; TAPPAN ZEE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV12-06988 MRW<br><br>**COMPLAINT FOR VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. §§ 1692, ET SEQ., AND CALIFORNIA'S ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT, CAL. CIV. CODE §§ 1788, ET SEQ.**<br><br>JURY TRIAL DEMANDED<br><br>BY FAX |

Plaintiff Carlos Zavala ("Plaintiff") alleges against defendants Annex Financial, Inc. ("Annex Financial"), Zee Law Group, A Professional Corporation ("Zee Law Group"), Tappan Zee ("Zee") and Does 1 through 10 (collectively with Annex Financial, Zee Law Group and Zee, "Defendants") as follows:

## INTRODUCTION

1.      This is an action to remedy Defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692, et seq. (the "FDCPA"), and California's Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §§ 1788, et seq. (the "Rosenthal FDCPA"). Plaintiff seeks to recover his actual damages and statutory damages from Defendants as a result of those violations, as well as his attorney's fees and costs incurred in investigating, filing and prosecuting this action.

## JURISDICTION AND VENUE

2.      This Court has jurisdiction under 28 U.S.C. § 1331, 28 U.S.C. § 1367 and 15 U.S.C. § 1692(k). Venue is proper in the Central District in that, among other things, a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this District.

## PARTIES

3.      Plaintiff is a natural person residing in Los Angeles County, California. Plaintiff is a "consumer" within the meaning of 15 U.S.C. § 1692a(3) in that Plaintiff is a natural person obligated or allegedly obligated to pay a debt. Plaintiff is a "debtor" within the meaning of Civil Code § 1788.2(h) in that he is a natural person from whom Defendants have sought to collect a consumer debt due and owing or alleged to be due and owing from Plaintiff.

4.      Defendant Annex Financial is a California corporation with its principal place of business in Alhambra, California. Annex Financial is a "debt collector" within the meaning of California Civil Code § 1788.2(c) in that it is a person (as defined in Civil Code § 1788.2(g)) who, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

5.      Defendant Zee Law Group is a law firm and California professional corporation with its principal place of business in Alhambra, California. Zee Law Group is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6) in that it uses instrumentalities of interstate commerce or the mails in its business the principal purpose of which is the collection of debts, and/or Zee Law Group regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another. Zee Law Group is a "debt collector" within the meaning of California Civil Code § 1788.2(c) in that it is a person (as defined in Civil Code § 1788.2(g)) who, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

6.      Defendant Zee is an attorney licensed to practice law in the State of California. Zee is a resident of California. Zee is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6) in that he uses instrumentalities of interstate commerce or the mails in his business the principal purpose of which is the collection of debts, and/or Zee regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

7.      Plaintiff does not know the true names, identities, and capacities of Defendants sued herein as Does 1 through 10, inclusive, and therefore sues those Defendants by fictitious names. Plaintiff will amend this Complaint to allege the true names, identities and capacities of Defendants sued herein as Does 1 through 10, inclusive, when Plaintiff discovers such information.

8.      At all times mentioned herein, each Defendant was the agent or employee of each of the other Defendants and was acting within the course and scope of such agency or employment. Defendants are jointly and severally liable to Plaintiff.

<u>OPERATIVE FACTS</u>

9.      Defendant Annex Financial sent Plaintiff a dunning letter by U.S. Mail dated January 26, 2012, a copy of which is attached hereto as Exhibit A. The January

26, 2012 letter alleged that a Visa account issued by Washington Mutual Bank and in Plaintiff's name was assigned to Defendant Annex Financial, and that Annex Financial was attempting to collect $13,358.50 in principal and $10,132.13 in interest owed by Plaintiff under the Visa account. The January 26, 2012 dunning letter directed Plaintiff to send all communications regarding the account to Zee Law Group, which Annex Financial stated it retained as its attorneys to collect the alleged debt.

10.     Defendant Annex Financial's January 26, 2012 dunning letter to Plaintiff misrepresented that there was a "judgment" against Plaintiff with respect to the amounts allegedly owed by Plaintiff under the Visa account, and that Annex Financial was contacting Plaintiff to resolve the judgment. This statement was false, deceptive and misleading in violation of 15 U.S.C. § 1692e, including §§ 1692(a)(2) and 1692e(10), and Civil Code § 1788.17 (incorporating 15 U.S.C. § 1692e into the Rosenthal Act). There was and is no judgment against Plaintiff with respect to the purported Visa account.

11.     Plaintiff is informed and believes, and based thereon alleges, that Defendant Annex Financial's January 26, 2012 dunning letter misrepresented and inflated the principal and interest allegedly owed by Plaintiff under the Visa account and the alleged judgment. By so doing, Defendants use false, deceptive and misleading representations or means in connection with the collection of a debt, in violation of 15 U.S.C. § 1692e, including § 1692e(2), and Civil Code § 1788.17.

12.     Defendants Zee Law Group and Zee, as agents and attorneys for Defendant Annex Financial, sent Plaintiff a dunning letter by U.S. Mail dated January 26, 2012, a copy of which is attached hereto as Exhibit B. Defendants' January 26, 2012 dunning letter stated that Annex Financial retained Zee Law Group to collect $13,358.50 in principal and $10,132.13 in interest allegedly owed by Plaintiff under the purported Visa account issued by Washington Mutual Bank. Plaintiff is informed and believes, and based thereon alleges, that Defendants'

4

COMPLAINT

January 26, 2012 dunning letter misrepresented and inflated the principal and interest allegedly owed by Plaintiff under the purported Visa account. By so doing, Defendants use false, deceptive and misleading representations or means in connection with the collection of a debt, in violation of 15 U.S.C. § 1692e, including § 1692e(2), and Civil Code § 1788.17.

13.     On February 18, 2012, Plaintiff sent Defendants Zee Law Group and Zee, as agents and attorneys for Defendant Annex Financial, a letter by certified U.S. Mail, return receipt requested, in which Plaintiff disputed the debt allegedly owed by Plaintiff, as set forth in Defendants' January 26, 2012 letters, and Plaintiff requested validation of the alleged debt pursuant to 15 U.S.C. § 1692g. A copy of the letter and proof of Defendants receipt of the letter on February 21, 2012 are attached hereto as Exhibit C. Pursuant to 15 U.S.C. § 1692g(b), Defendants Zee Law Group and Zee had a duty to cease collection activities, including the filing of a lawsuit, until they verified the debt and mailed a copy of the verification to Plaintiff.

14.     Defendants have never provided Plaintiff with verification of the alleged debt. Defendants instead continued their collection efforts against Plaintiff with respect to the alleged debt, including by threatening a lawsuit and apparently filing a collection lawsuit against Plaintiff, all in violation of the fair debt collection laws.

15.     Specifically, Defendants Zee Law Group and Zee, as agents and attorneys for Defendant Annex Financial, sent Plaintiff a dunning letter by U.S. Mail dated June 13, 2012, a copy of which is attached hereto as Exhibit D. The June 13, 2012 dunning letter was titled, "DEMAND FOR PAYMENT PRIOR TO LITIGATION," and it threatened Plaintiff that Defendant Zee Law Group had recommended to Annex Financial that a lawsuit be filed against Plaintiff.

16.     Defendants further stated in the June 13, 2012 dunning letter that the alleged principal amount due from Plaintiff did not include "accrued interest", and that the principal amount due was accelerated and immediately due and payable along with all accrued interest. Plaintiff is informed and believes, and based thereon

alleges, that the alleged principal amount set forth in the June 13, 2012 included interest charges.

17.     Plaintiff is informed and believes, and based thereon alleges, that on or about June 26, 2012, Defendant Annex Financial (with Defendants Zee Law Group and Zee as Annex Financial's counsel of record) filed a lawsuit against Plaintiff in the Superior Court of the State of California for the County of Los Angeles (Case No. 12C02437) to collect on the alleged Visa debt.

18.     Plaintiff is informed and believes, and based thereon alleges, that the statute of limitations to bring suit on the debt allegedly owed by Plaintiff expired prior to June 13, 2012, and that Defendants knew or should have known of the expiration of the statute of limitations at the time they sent the June 13, 2012 dunning letter and at the time they filed the state court collection lawsuit against Plaintiff. Defendants' efforts to collect the alleged debt from Plaintiff thus were false representations of the legal status of the debt, in violation of § 1692e(2); threats to take an action which cannot be legally taken, in violation of § 1692e(5); and false representations to collect or attempt to collect the debt, in violation of § 1692e(10). Defendants also violated Civil Code § 1788.17, which incorporates all of the foregoing provisions into the Rosenthal Act.

FIRST CLAIM FOR RELIEF – VIOLATIONS OF THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. §§ 1692, *ET SEQ.*

(By Plaintiff Against Defendants Zee Law Group, Zee and Does 1 through 10, inclusive)

19.     Plaintiff realleges and incorporates herein by reference each and every paragraph set forth above.

20.     Congress has found that "[t]here is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors," and that "[a]busive debt collectors contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy." 15

U.S.C. § 1692(a). Congress thus enacted the FDCPA to "eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses." Id. § 1692(e).

21.     The alleged obligation which Defendants attempted to collect from plaintiff is a "debt" within the meaning of 15 U.S.C. § 1692a(5) in that is an obligation or alleged obligation of Plaintiff to pay money arising out of a transaction in which the money, property, insurance, or services which were the subject of the transaction were primarily for personal, family, or household purposes.

22.     Defendants violated the provisions of 15 U.S.C. § 1692e by using false, deceptive and/or misleading representations or means in connection with the collection of a debt from Plaintiff, including by:

a.     Misrepresenting the character, amount or legal status of a debt (§ 1692e(2));

b.     Threatening to take actions that could not legally be taken or were not intended to be taken (§ 1692e(5)); and

c.     Using false representations or deceptive means to collect or attempt to collect any debt or to obtain information concerning Plaintiff (§ 1692e(10)).

23.     Defendants violated the provisions of 15 U.S.C. § 1692g(b) by failing to validate the alleged debt owed by Plaintiff and continuing collection efforts after receiving a request by Plaintiff for validation and notice that Plaintiff disputed the alleged debt.

24.     Plaintiff is entitled to recover his actual damages pursuant to 15 U.S.C. § 1692k(a)(1).

25.     Plaintiff is entitled to recover statutory damages pursuant to 15 U.S.C. § 1692(k)(a)(2)(A).

COMPLAINT

26.     Plaintiff is entitled to recover his reasonable attorney's fees, costs and expenses incurred in the investigation, filing and prosecution of this action pursuant to 15 U.S.C. § 1692(k)(a)(3).

WHEREFORE, Plaintiff prays for relief as set forth below.

SECOND CLAIM FOR RELIEF – VIOLATIONS OF THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT, CAL. CIV. CODE §§ 1788, *ET SEQ.*

(By Plaintiff Against Defendants Annex Financial, Zee Law Group
and Does 1 through 10, inclusive)

27.     Plaintiff realleges and incorporates herein by reference each and every paragraph set forth above.

28.     The California Legislature has found that "unfair or deceptive debt collection practices undermine the public confidence which is essential to the continued functioning of the banking and credit system and sound extensions of credit to consumers." Cal. Civ. Code § 1788.1(a)(2). The Legislature thus enacted the Rosenthal FDCPA to ensure the integrity of our banking and credit industry. Id. § 1788.1(b).

29.     The purported debt Defendants attempted to collect from Plaintiff is a "consumer debt" within the meaning of Civil Code § 1788.2(f) in that Defendants attempted to collect money, property or their equivalent due or owing or alleged to be due or owing from Plaintiff, a natural person, to another person.

30.     Defendants violated the provisions of 15 U.S.C. § 1692e by using false, deceptive and/or misleading representations or means in connection with the collection of a debt from Plaintiff, including by:

a.     Misrepresenting the character, amount or legal status of a debt (§ 1692e(2));

b.     Threatening to take actions that could not legally be taken or were not intended to be taken (§ 1692e(5)); and

8

COMPLAINT

c.     Using false representations or deceptive means to collect or attempt to collect any debt or to obtain information concerning Plaintiff (§ 1692e(10)).

31.     Defendants' violations of 15 U.S.C. § 1692e were also violations of the Rosenthal FDCPA, pursuant to Civil Code § 1788.17.

32.     Plaintiff is entitled to recover his actual damages pursuant to Civil Code § 1788.17, incorporating by reference 15 U.S.C. § 1692k(a)(1), or in the alternative, Civil Code § 1788.30(a).

33.     Plaintiff is entitled to recover statutory damages pursuant to Civil Code § 1788.17, incorporating by reference 15 U.S.C. § 1692k(a)(2)(A), or in the alternative, Civil Code § 1788.30(b). Defendants' violations of the Rosenthal FDCPA were willful and knowing.

34.     Plaintiff is entitled to recover his reasonable attorney's fees, costs and expenses incurred in the investigation, filing and prosecution of this action pursuant to Civil Code § 1788.17, incorporating by reference 15 U.S.C. § 1692k(a)(3), or in the alternative, Civil Code § 1788.30(c).

WHEREFORE, Plaintiff prays for relief as set forth below.

///

///

///

COMPLAINT

1    PRAYER FOR RELIEF

2        WHEREFORE, Plaintiff respectfully prays for relief as follows:

3        1.    For actual and compensatory damages;

4        2.    For statutory damages;

5        3.    For pre-judgment interest to the extent permitted by law;

6        4.    For an award of Plaintiff's attorneys' fees, costs and expenses incurred

7    in the investigation, filing and prosecution of this action; and

8        5.    For such other and further relief as the Court may deem just and proper.

9    Dated: August 14, 2012          LAW OFFICES OF BRANDON A. BLOCK
10                         A PROFESSIONAL CORPORATION

11

12                         Brandon A. Block

13                         Attorneys for Plaintiff
14                         CARLOS ZAVALA

15   JURY TRIAL DEMAND

16       Plaintiff demands a trial by jury on all issues triable by a jury.

17   Dated: August 14, 2012          LAW OFFICES OF BRANDON A. BLOCK
18                         A PROFESSIONAL CORPORATION

19

20                         Brandon A. Block

21                         Attorneys for Plaintiff
22                         CARLOS ZAVALA

23

24

25

26

27

28

10
COMPLAINT

**EXHIBIT A**



c/o ZEE LAW GROUP P.C.
323 WEST VALLEY BLVD., SUITE 200
ALHAMBRA, CA 91803

TOLLFREE PHONE (877) 285-4933

JANUARY 26, 2012

CARLOS ZAVALA
████████████████████
████████████████

RE:   ACCOUNT #:   VISA - ████████████████
      PRINCIPAL:    $13,358.50
      INTEREST:     $10,132.13 (AS OF JANUARY 26, 2012)

Dear CARLOS ZAVALA:

Greetings from Annex Financial, Inc. The Visa account you previously held with Washington Mutual Bank, account number ██████████████ has been permanently assigned to Annex Financial, Inc. You may have been contacted in the past by Washington Mutual Bank or Global Debt Alliance, LLC - please cease any further contact with any prior entity or individual. Your account has been legally assigned to Annex Financial, Inc. and the following law firm has been retained by Annex Financial, Inc. to resolve this account:

Zee Law Group. P.C.
323 West Valley Blvd., Suite 200
Alhambra, CA 91803
Phone (877) 285-4933 / info@zeelawgroup.com

Annex Financial, Inc. is not a collections agency, but we are committed to fairly resolving this judgment. Accordingly the following important information about your legal rights is being provided to you:

FEDERAL FAIR DEBT COLLECTION PRACTICES ACT

THIS IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF NO DISPUTE AS TO THE VALIDITY OF THE DEBT IS RECEIVED WITHIN THIRTY DAYS OF RECEIPT OF THIS NOTICE, THE DEBT WILL BE ASSUMED VALID. IF YOU NOTIFY US IN WRITING WITHIN THE THIRTY-DAY PERIOD THAT THE DEBT, OR ANY PORTION THEREOF, IS DISPUTED, WE WILL OBTAIN VERIFICATION OF THE DEBT OR A COPY OF THE JUDGMENT AND A COPY OF SUCH VERIFICATION OR JUDGMENT WILL BE MAILED TO YOU BY OUR OFFICE. UPON WRITTEN REQUEST WITHIN THE THIRTY-DAY PERIOD, WE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

CALIFORNIA ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

THE STATE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT AND THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT REQUIRE THAT, EXCEPT UNDER UNUSUAL CIRCUMSTANCES, COLLECTORS MAY NOT CONTACT YOU BEFORE 8 A.M. OR AFTER 9 P.M. THEY MAY NOT HARASS YOU BY USING THREATS OF VIOLENCE OR ARREST OR BY USING OBSCENE LANGUAGE. COLLECTORS MAY NOT USE FALSE OR MISLEADING STATEMENTS OR CALL YOU AT WORK IF THEY KNOW OR HAVE REASON TO KNOW THAT YOU MAY NOT RECEIVE PERSONAL CALLS AT WORK. FOR THE MOST PART, COLLECTORS MAY NOT TELL ANOTHER PERSON, OTHER THAN YOUR ATTORNEY OR SPOUSE, ABOUT YOUR DEBT. COLLECTORS MAY CONTACT ANOTHER PERSON TO CONFIRM YOUR LOCATION OR ENFORCE A JUDGMENT. FOR MORE INFORMATION ABOUT DEBT COLLECTION ACTIVITIES, YOU MAY CONTACT THE FEDERAL TRADE COMMISSION AT 1-877-FTC-HELP OR WWW.FTC.GOV

75

**EXHIBIT B**



**ZEE LAW GROUP**
*A Professional Corporation*

*323 West Valley Boulevard ♦ Suite 200 ♦ Alhambra ♦ California ♦ 91803*
*Telephone (888) 522-6509 ♦ Facsimile (909) 494-8335*
*www.zeelawgroup.com*

January 26, 2012

Carlos Zavala
a/k/a Carlos Zavala JR. and also a/k/a Carlos Cavala
and also a/k/a Carlos Zabala JR.
~~████████████~~
~~████████████~~

**RE:**

| | | |
|---|---|---|
| **Our Client:** | Annex Financial, Inc. |
| **Principal Amount:** | $13,358.50 |
| **Accrued Interest:** | $10,132.13 |
| **Original Account Number:** | Visa - 4 ~~████████~~ |

## Notice of Assignment of Account & Request for Payment

Dear Carlos Zavala:

This office has been retained by Annex Financial, Inc. to resolve the amount you owe which arose from your Washington Mutual Bank Visa card, account number 4185878002249751. Annex Financial, Inc. has been permanently assigned all right, title and interest in this account.

While you may have been contacted previously by Washington Mutual Bank and/or Global Debt Alliance, LLC, all interest in this account is now vested with Annex Financial, Inc. Please cease any further communication with any other entity and direct all future contact and correspondence to my attention as legal counsel for Annex Financial, Inc. If you were previously making payments to either Washington Mutual Bank and/or Global Debt Alliance, LLC, please contact my office immediately so that we can insure that your payments are properly credited.

It is my sincerest hope that we will be able to arrive at a method of resolution in this matter. However, I cannot work with you unless you contact me. Because interest continues to accrue on this account daily, please contact my office to learn your current outstanding balance. If you have any dispute as to the amount owed on this account, or if you dispute that this is your account, please contact me immediately.

I would appreciate hearing from you soon – my toll free number is (888) 522-6509. If I am not available, please feel free to ask for the case manager assigned to your account, Mr. Moe Essa.

Yours truly,
ZEE LAW GROUP

*Tappan Zee, Esq.*
Attorneys for Annex Financial, Inc.

75

*January 26, 2012*
*Page 2 of 2*
*Zee Law Group P.C.*

THIS CORRESPONDENCE IS FROM A LAW FIRM. IN AN ABUNDANCE OF CAUTION, YOU ARE BEING PROVIDED WITH A NOTICE OF YOUR RIGHTS PURSUANT TO THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT AND THE CALIFORNIA ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT, AS FOLLOWS:

FEDERAL FAIR DEBT COLLECTION PRACTICES ACT

THIS IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF NO DISPUTE AS TO THE VALIDITY OF THE DEBT IS RECEIVED WITHIN THIRTY DAYS OF RECEIPT OF THIS NOTICE, THE DEBT WILL BE ASSUMED VALID. IF YOU NOTIFY US IN WRITING WITHIN THE THIRTY-DAY PERIOD THAT THE DEBT, OR ANY PORTION THEREOF, IS DISPUTED, WE WILL OBTAIN VERIFICATION OF THE DEBT OR A COPY OF THE JUDGMENT AND A COPY OF SUCH VERIFICATION OR JUDGMENT WILL BE MAILED TO YOU BY OUR OFFICE. UPON WRITTEN REQUEST WITHIN THE THIRTY-DAY PERIOD, WE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

CALIFORNIA ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

THE STATE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT AND THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT REQUIRE THAT, EXCEPT UNDER UNUSUAL CIRCUMSTANCES, COLLECTORS MAY NOT CONTACT YOU BEFORE 8 A.M. OR AFTER 9 P.M. THEY MAY NOT HARASS YOU BY USING THREATS OF VIOLENCE OR ARREST OR BY USING OBSCENE LANGUAGE. COLLECTORS MAY NOT USE FALSE OR MISLEADING STATEMENTS OR CALL YOU AT WORK IF THEY KNOW OR HAVE REASON TO KNOW THAT YOU MAY NOT RECEIVE PERSONAL CALLS AT WORK. FOR THE MOST PART, COLLECTORS MAY NOT TELL ANOTHER PERSON, OTHER THAN YOUR ATTORNEY OR SPOUSE, ABOUT YOUR DEBT. COLLECTORS MAY CONTACT ANOTHER PERSON TO CONFIRM YOUR LOCATION OR ENFORCE A JUDGMENT. FOR MORE INFORMATION ABOUT DEBT COLLECTION ACTIVITIES, YOU MAY CONTACT THE FEDERAL TRADE COMMISSION AT 1-877-FTC-HELP OR WWW.FTC.GOV.

**EXHIBIT C**
16

February 18, 2012

Carlos Zavala


Zee Law Group. P.C.
323 West Valley Blvd., Suite 200
Alhambra, CA 91803
Re: Acct # VISA - ▆▆▆▆▆▆▆▆▆▆▆▆▆▆

To Whom It May Concern:

    I am sending this letter to you in response to a notice I received from you on January 26, 2012 (copy attached). Be advised, this is not a refusal to pay, but a notice sent pursuant to the Fair Debt Collection Practices Act, 15 USC 1692g Sec. 809 (b) that your claim is disputed and validation is requested.
This is NOT a request for "verification" or proof of my mailing address, but a request for VALIDATION made pursuant to the above named Title and Section. I respectfully request that your office provide me with competent evidence that I have any legal obligation to pay you.
Please provide me with the following:

-   What the money you say I owe is for;
-   Explain and show me how you calculated what you say I owe;
-   Provide me with copies of any papers that show I agreed to pay what you say I owe;
-   Provide a verification or copy of any judgment if applicable;
-   Identify the original creditor;
-   Prove the Statute of Limitations has not expired on this account;
-   Show me that you are licensed to collect in my state; and
-   Provide me with your license numbers and Registered Agent.

    If your offices have reported invalidated information to any of the three major Credit Bureaus (Equifax, Experian or TransUnion), said action might constitute fraud under both Federal and State Laws. Due to this fact, if any negative mark is found on any of my credit reports by your company or the company that you represent I will not hesitate in bringing legal action against you for the following:

-   Violation of the Fair Credit Reporting Act
-   Violation of the Fair Debt Collection Practices Act
-   Defamation of Character

    If your offices are able to provide the proper documentation as requested, I will require at least 30 days to investigate this information and during such time all collection activity must cease and desist.
Also during this validation period, if any action is taken which could be considered detrimental to any of my credit reports, I will consult with my legal counsel. This includes any information to a credit reporting repository that could be inaccurate or invalidated or verifying an account as accurate when in fact there is no provided proof that it is.
If your offices fail to respond to this validation request within 30 days from the date of your receipt, all references to this account must be deleted and completely removed from my credit file and a copy of such deletion request shall be sent to me immediately.
    I would also like to request, in writing, that no telephone contact be made by your offices to my home or to my place of employment. If your offices attempt telephone communication with me, including but not limited to computer generated calls or correspondence sent to any third parties, it will be considered harassment and I will have no choice but to file suit. All future communications with me MUST be done in writing and sent to the address noted in this letter.
This is an attempt to correct your records, any information obtained shall be used for that purpose.

Best Regards,


Carlos Zavala

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Zee Law Group
323 W. Valley Blvd Suite 200
Alhambra, CA 91803

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Crystal Owen   2-21-1...

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7011 0470 0001 2085 9588

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ $0.45 |
| Certified Fee | $2.95 |
| Return Receipt Fee (Endorsement Required) | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5.75 |

Postmark Here   FEB 18 2012   02/18/2012

Sent To   Zee Law Group
Street, Apt. No.; or PO Box No.   323 W. Valley Blvd ste 200
City, State, ZIP+4   Alhambra, CA 91803

PS Form 3800, August 2006   See Reverse for Instructions

```
Issue PVI:                    $5.75
                          ========
Total:                        $5.75

Paid by:
Cash
Change Due:                   $10.00
                             -$4.25
**********************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards
available for purchase at select Post
Offices.
**********************************
**********************************

Order stamps at usps.com/shop or call
1-800-Stamp24.  Go to usps.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.
**********************************
**********************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
**********************************
**********************************

Bill#: 1000100719029
Clerk: 04

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business
**********************************
**********************************
HELP US SERVE YOU BETTER

Go to: https://postalexperience.com/Pos

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

YOUR OPINION COUNTS
**********************************
**********************************


Customer Copy
```

**EXHIBIT D**



**ZEE LAW GROUP**
*A Professional Corporation*

323 West Valley Boulevard • Suite 200 • Alhambra• California • 91803
Phone (877) 285-4933• FAX (626) 628-1718
www.zeelawgroup.com

June 13, 2012

By U.S. Mail

Carlos Zavala
▬▬▬▬▬▬▬
▬▬▬▬▬▬▬

RE:     Our Client:          **Annex Financial, Inc. (Assignee of Record)**
        Our Matter No.:      AF01-177
        Court Case No.:      <Pending>
        Original Creditor:   **Washington Mutual Bank**
        Original Account No.: Visa-▬▬▬▬▬▬▬▬
        Principal Amount Due: **$13,358.50**

### DEMAND FOR PAYMENT PRIOR TO LITIGATION     (CCP §1033)

Dear Carlos Zavala:

As you are undoubtedly aware from prior correspondences, this office has been retained by Annex Financial, Inc. to collect the debt owed by you in the above referenced matter. Annex Financial, Inc. is the Assignee of Interest to the original account you previously held with Washington Mutual Bank account number Visa-4185878002249751.

You have failed to comply with your repayment obligations and this law firm has recommended to our client, Annex Financial, Inc., that suit be filed against you which could result in a judgment against you. The balance due on your account, $13,358.50, does not include accrued interest, costs of collection, attorneys' fees or court costs, and is hereby accelerated and immediately due and payable along with all accrued interest and costs of collection.

Be advised that:

1.      WHEN LITIGATION COMMENCES, YOU RISK FURTHER LEGAL COSTS AND CHARGES, INCLUDING, BUT NOT LIMITED TO, FEES FOR FILING THE LAWSUIT, FOR ANY MOTIONS MADE AGAINST YOU, FOR COSTS OF SERVICE OF ALL PROCESS, FOR INTEREST AND FOR ATTORNEYS FEES; AND

1.      OUR CLIENT MAY REPORT YOUR UNRESOLVED ACCOUNT TO A MAJOR CREDIT REPORTING AGENCY, AND SUCH CREDIT REPORT WILL APPEAR EACH TIME ANY CREDIT GRANTOR REQUESTS A COPY OF YOUR CREDIT HISTORY.

Unless you make payment in-full **within ten (10) days** from the date of this letter, you will be served with legal process and litigation will commence you without further notice.

Yours truly,
ZEE LAW GROUP, P.C.

Tappan Zee, Esq.
ATTORNEYS FOR
Annex Financial, Inc.

Brandon A. Block (California Bar No. 215888)
LAW OFFICES OF BRANDON A. BLOCK
433 North Camden Drive, Suite 600
Beverly Hills, CA 90201
Tel: 310.887.1440
Fax: 310.496.1420

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ZAVALA, an individual,<br><br>PLAINTIFF(S)<br><br>v.<br><br>ANNEX FINANCIAL, INC., a California corporation;<br>ZEE LAW GROUP, A PROFESSIONAL<br>CORPORATION, a California professional<br>corporation; TAPPAN ZEE, an individual; and DOES 1<br>through 10, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV12-06988 MRW<br><br><br>SUMMONS |

TO:DEFENDANT(S): <u>ANNEX FINANCIAL, INC.;  ZEE LAW GROUP, A PROFESSIONAL</u>
<u>CORPORATION; and TAPPAN ZEE</u>

A lawsuit has been filed against you.

Within <u>21</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Brandon A. Block</u>, whose address is <u>Law Offices of</u> <u>Brandon A. Block, APC, 433 North Camden Drive, Suite 600, Beverly Hills, CA 90210, Tel:310.887.1440</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

JULIE PRADO

Dated: AUG 1 4 2012

By: _____
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

---

CV-01A (12/07)                              **SUMMONS**                              American LegalNet, Inc.
                                                                                     www.USCourtForms.com

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
#### CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br>CARLOS ZAVALA, an individual | **DEFENDANTS**<br>ANNEX FINANCIAL, INC., a California corporation; ZEE LAW GROUP, A PROFESSIONAL CORPORATION, a California professional corporation; TAPPAN ZEE, an individual; and DOES 1 through 10, inclusive |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Brandon A. Block (California Bar No. 215888)<br>LAW OFFICES OF BRANDON A. BLOCK, APC<br>433 North Camden Drive, Suite 600<br>Beverly Hills, CA 90210<br>Tel: 310.887.1440 | Attorneys (If Known)<br><br>JY PRX |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  
☒ 3 Federal Question (U.S. Government Not a Party)  
☐ 2 U.S. Government Defendant  
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☒ **MONEY DEMANDED IN COMPLAINT: $** 0.00

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692, et seq.; Rosenthal Fair Debt Collection Practices Act, 15 U.S.C. §§ 1788, et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☒ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 61 HIA(1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | **REAL PROPERTY** | ☐ 445 American with Disabilities – Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities – Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 220 Foreclosure | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 230 Rent Lease & Ejectment | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 240 Torts to Land | **IMMIGRATION** | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 245 Tort Product Liability | ☐ 462 Naturalization Application | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 290 All Other Real Property | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | | ☐ 465 Other Immigration Actions | | |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: _____

CV12-06988

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.

  **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**

**Note:** In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date August 14, 2012

Brandon A. Block, Attorney for Plaintiff

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

**CIVIL COVER SHEET**

American LegalNet, Inc.
www.FormsWorkflow.com