1

2

3

JS - 6

4

UNITED STATES DISTRICT COURT

5

CENTRAL DISTRICT OF CALIFORNIA

6

7

8

9

10

11

| | | |
|---|---|---|
| CARLOS ZAVALA, | ) | CASE NO. 2:12-CV-6988-SVW-PLA |
|     Plaintiff, | ) | ORDER REMOVING CASE FROM ACTIVE CASELOAD |
| v. | ) | |
| ANNEX FINANCIAL, INC., ET AL., | ) | |
|     Defendants. | ) | |
| _____ | ) | |

12

13

14

15

16

17

18

19

20

21

22

    The Court having been advised by the parties that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 45 days, to request a status conference be scheduled if settlement is not consummated.  The Court further VACATES the pretrial conference set for January 28, 2013, and the jury trial set for February 5, 2013.

    THE COURT FURTHER ORDERS the parties to file a stipulation disposing of the outstanding claims within 45 days of this Order.

    This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

23

24

25

Dated: January 22, 2013

_____

THE HON. STEPHEN V. WILSON
United States District Judge

26

27

28